**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

CYNTHIA L. SKY,
      Petitioner,

Case Number 1:08-cv-00006-JWS

v.

DEAN MARSHALL,
HMCC Superintendent,
      Respondent

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this action is DISMISSED with prejudice.

APPROVED:

/s/ JOHN W. SEDWICK
_____

United States District Judge

_____
Date: July 23, 2009

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

IDA ROMACK
_____
Ida Romack, Clerk of Court

[108cv6JWS LCL Judgment.wpd]{JMT2.WPT*Rev.3/03}